1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  KIMBERLY HOPKINS (MABN 668608)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6991
7       FAX: (415) 436-7234
        Kimberly.hopkins@usdoj.gov
8
   Attorneys for United States of America
9
                        UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,            )   **CASE NO. 19-71900 MAG**
                                         )
14       Plaintiff,                      )   GOVERNMENT'S RESPONSE TO THE
                                         )   NOVEMBER 25, 2019, CLERK'S NOTICE
15    v.                                 )   [DKT. 7]
                                         )
16  ROSS ANTHONY FARCA,                  )
                                         )
17       Defendant.                      )
                                         )
   _____)
18

19        The standard for considering detention at the November 26, 2019, hearing is governed by 18

20  U.S.C. § 3142(g).

21        On November 21, 2019, Defendant Ross Farca appeared before the Court for an initial

22  appearance on a criminal complaint.  After advising the defendant of the charge and maximum penalties,

23  the government moved for detention.  The Court continued the matter to the following day for a criminal

24  records check and further hearing on detention.  Following the government's proffered evidence in

25  support of detention, the Court ordered a full bail study and continued the detention hearing to

26  November 26, 2019.  On November 25, 2019, the Court directed the parties to be prepared to discuss the

27  standards for considering detention for the defendant.  In anticipation of the hearing, the government

28  submits the following:

   GOVERNMENT'S RESPONSE                          1
   19-71900 MAG

1    The judicial officer shall consider the factors in 18 U.S.C. § 3142(g), "when determining whether

2  there are conditions of release that will reasonably assure the appearance of the person as required and

3  the safety of any other person and the community":

4    1) the nature and circumstances of the offense (in particular whether it is an offense which is violent

5        or nonviolent in nature, or involves narcotics);

6    2) the weight of the evidence against the person;

7    3) the history and characteristics of the person –

8        a.  character -- including physical and mental condition), family ties, employment, financial

9            resources, length of time in the community, community ties, past conduct history relating

10           to drug or alcohol abuse, criminal history, record of court appearances; and

11       b.  whether, at the time of the current offense or arrest, the person was on probation, on

12           parole, or on other release pending trial, sentencing, appeal, or completion of sentence for

13           an offense under Federal, State, or local law; and

14   4) the nature and seriousness of the danger to any person or to the community that would be posed

15       by the person's release.

16  18 U.S.C. § 3142(g).  The United States must show by a preponderance of the evidence that the

17  defendant is a risk of flight, or by clear and convincing evidence that he is a danger to the community.

18  DATED:  November 25, 2019                    Respectfully submitted,

19                                               DAVID L. ANDERSON
                                                 United States Attorney
20

21
                                                 _____/s/_____
22                                               KIMBERLY HOPKINS
                                                 Assistant United States Attorney
23

24

25

26

27

28

GOVERNMENT'S RESPONSE                    2
19-71900 MAG