AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

**BY:** ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**— OFFENSE CHARGED —**

18 U.S.C. § 1001(a)(2) – False Statements to a Government Agency

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** 18 U.S.C. § 1001(a)(2) - 5 years imprisonment, $250,000 fine, 3 years supervised release

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
DEC 03 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**— DEFENDANT - U.S. —**
▶ ROSS ANTHONY FARCA

**DISTRICT COURT NUMBER**
CR 19 0643 JST

**— PROCEEDING —**

Name of Complaintant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court
_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District
_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.
3-19-71900 MAG

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Kimberly Hopkins, AUSA

**— DEFENDANT —**

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction         } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?   ☐ Yes   ☒ No
} If "Yes" give date filed _____

**DATE OF ARREST** ▶  Month/Day/Year  11/21/19

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**— ADDITIONAL INFORMATION OR COMMENTS —**

**PROCESS:**
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:
_____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____       Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

FILED

DEC 03 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

ROSS ANTHONY FARCA,

CR 19 0643

JST

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 1001(a)(2) – False Statements to a Government Agency

_True Bill_

A true bill.

Foreman

Filed in open court this ___3___ day of

_December_, 2019

_Rose M_ ROSE MAHER
Clerk

THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE        Bail, $ _____

DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED

DEC 03 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ROSS ANTHONY FARCA, <br> Defendant. | CASE NO. CR 19 0643 <br> VIOLATION: <br> 18 U.S.C. § 1001(a)(2) – False Statements to a Government Agency <br><br> OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:       (18 U.S.C. § 1001(a)(2) – False Statements to a Government Agency)

On or about June 22, 2017, in the Northern District of California, the defendant,

ROSS ANTHONY FARCA,

did willfully and knowingly make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the United States Office of Personnel Management National Background Investigations Bureau, an agency of the Executive Branch of the Government of the United States, by knowingly and willfully making materially false, fictitious, and fraudulent statements and representations concerning a material fact, in that defendant ROSS ANTHONY FARCA, falsely certified on an Electronic Questionnaire for Investigations Processing that in the last seven years

INDICTMENT

1  he had not consulted with a health care professional regarding an emotional or mental health condition,
2  when in fact he had.
3       All in violation of Title 18, United States Code, Section 1001(a)(2).

5  DATED:                                         A TRUE BILL.

7       12/3/19

                                                  FOREPERSON

9  DAVID L. ANDERSON
   United States Attorney

12 KIMBERLY HOPKINS
   ELISE LAPUNZINA
13 Assistant United States Attorneys

INDICTMENT                                        2