# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT of CALIFORNIA

### *CRIMINAL HEARING MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 2 minutes |
| Date: | December 20, 2019 | | |
| Case No. | **4:19-cr-00643-JST-1** | | |

**United States of America**　　v.　　**Ross Anthony Farca**

Defendant
✓ Present
☐ Not Present
✓ In Custody

Kimberly Hopkins
U.S. Attorney

Joyce Leavitt
Defense Counsel

Courtroom Deputy Clerk: Mauriona Lee　　　　FTR: 9:49 – 9:51

### *PROCEEDINGS*

Status Conference – Held.

### *RESULT OF HEARING*

1. Discovery process is ongoing. Status conference set for January 24, 2020 at 9:30 am.
2. Time is excluded through January 24, 2020 for effective preparation of counsel.  The Government shall prepare a proposed order.