DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

LEAH PAISNER (NJBN 175362015)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Leah.Paisner@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 19-00643 JST |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO VACATE SUPERVISED RELEASE VIOLATION HEARING DATE |
| v. | ) ) ) |  |
| ROSS ANTHONY FARCA, | ) ) |  |
| Defendant. | ) ) |  |
| _____ | ) |  |

      The above-entitled matter is currently scheduled for a hearing on October 30, 2020, at 9:30 a.m., for an appearance on a Form 12 Petition alleging that the defendant violated the terms of his supervised release. On October 15, 2020, the defendant was taken into custody by the Concord Police Department following the October 8, 2020 probation search of his residence. He was then charged in a second amended complaint, filed by the Contra Costa District Attorney's Office, with intimidating a witness/victim, threatening a public officer, and several hate crimes enhancements. On October 20, 2020, the defendant was held to answer on the amended charges and enhancements. At the end of the hearing, his state bail was ordered revoked and forfeited upon a finding that he posed a continued danger

STIPULATION AND [PROPOSED] ORDER
CR 19-00643 JST                    1

to the community. The defendant's next state court hearings are set for November 2, 2020 for preliminary hearing and November 10, 2020 for arraignment on the amended charges. Accordingly, the parties respectfully request that the Court vacate the upcoming hearing date.

IT IS SO STIPULATED.

DATED: October 23, 2020                         DAVID L. ANDERSON
                                                United States Attorney

                                                         /s/
                                                LEAH PAISNER
                                                Special Assistant United States Attorney


DATED: October 23, 2020                                  /s/
                                                KENNETH WINE
                                                Counsel for Ross Anthony Farca

## [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above and for good cause, the supervised release violation hearing scheduled for October 30, at 9:30 a.m., is vacated.

IT IS SO ORDERED.

DATED:
                                                HONORABLE JON S. TIGAR
                                                United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 19-00643 JST                                 2