To Judge Tigar, "Eliminate USMS Detainer #19CR00643"  9/30/22  Ross Farca B54586 CC20MG088

I've incessantly attempted to cause Kenneth Wine to motion on my behalf for dismissal of the 10/16/20 bench warrant, however he consistently refused to do it. Subsequently I asked Appellate counsel Paul Demeester to contact you on my behalf, but he denied, citing BAR ethics. Dismayed & crestfallen, I'm now compelled by present circumstances to petition you for remedy directly. Specifically I desire to appear remotely while still in CA custody so that I avoid extradition to US jurisdiction. USMS #19CR00643 constitutes excessive burden to me!

Grounds: 1) I did NOT willfully & maliciously fail to appear on 10/16/20, rather I was arrested on 10/15/20 with a no-bail hold, hence I couldn't appear even though I intended to appear. 2) I informed CCCSO of my situation & asked that they provide me a Zoom-capable device so that I could appear, which they assured me shall be done 9:30 AM on 10/16/20. However CCCSO failed in this duty since I was never allowed to appear, despite affording them advance notice. Bottom line: I am a victim of official negligence because I genuinely desired to appear on 10/16/20. 3) Finally, Government has NOT demonstrated by preponderance that I conspired to avoid appearing on 10/16/20, hence my statement is valid & true. Otherwise I'd have been indicted for violating 18 USC §1073.

USMS detainer #19CR00643 erroneously penalizes me for CCCSO's negligence & the buck-passing of appointed counsel, hence violating 18 USC §3583(d)(2). Extradition given constitutes Cruel & Unusual Punishment, even worse than sustained custody for me as result of Autism Dx. Now, since Government, never failing to be a nuisance to me, shall oppose this motion on the basis of perceived dangerousness, I hereby declare that victims Debbie Kirsch & Det. Mahan wouldn't enter my vicinity, thus negating any potential dangerousness. Give me 72 hours of civilian existence & I shall gladly surrender to any goddamned USP USP on the continent, provided I'm spared the trauma of being a hostage to those wretched nomads, known as USMS FATF (Fugitive Apprehension Task Force). Even if it was an agency other than USMS, I still fear injury via 1) negligent or malicious loss of personal property acquired in custody, 2) hurry up & wait madness, & 3) unpredictability-induced emotional distress.    Ross Farca

FILED
OCT -7 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Confidential

SANTA CLARITA CA 913
5 OCT 2022 PM 3 L

To Judge Jon S. Tigar
Courtroom 6/2nd Floor
1301 Clay Street
94612, Oakland, CA
ZIP= 94612

Ross Farca B54586
SATF Prison D5 Cell 116
Corcoran, CA, 93212, P.O. Box=5242